California, and *Frank W. Richards*, Deputy Attorney General, for respondent.

No. 226, Misc. SAMPSELL *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. *P. Bateman Ennis* for petitioner.

No. 245, Misc. THOMPSON *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Louis C. Glasso* and *Zeno Fritz* for petitioner.

No. 259, Misc. SANDERS *v.* WATERS, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 262, Misc. EDWARDS *v.* SWENSON, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 264, Misc. BALDRIDGE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 265, Misc. HOLT *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 266, Misc. CROMBIE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 269, Misc. PARKER *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 270, Misc. PRIDGEN *v.* BUBELLA ET AL. Supreme Court of Texas. Certiorari denied.

No. 272, Misc. ROBINSON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.